# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

FILED
HARRISBURG, PA
MAR 07 2019
Per _____ CLERK

United States of America
v.
Allen Guy

)
)  Case No:  1:07-CR-0102
)
)  USM No:  15730-067
)

Date of Original Judgment:  02/12/2008
Date of Previous Amended Judgment:  N/A
*(Use Date of Last Amended Judgment if Any)*

Frederick W. Ulrich, Assistant Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  212 months imprisonment, 4 years supervised release  months **is reduced to**  153 months imprisonment, 3 years supervised release  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/12/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3/7/19

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

_____
*Printed name and title*